UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

OMAR AYALA,

        Petitioner,

v.

BRIAN E. WILLIAMS, SR., *et al.*,

        Respondents.

Case No. 2:17-cv-02093-RFB-VCF

ORDER

In this habeas corpus action, the respondents are due to file an answer by May 15, 2019. *See* Order entered April 10, 2019 (ECF No. 31). On May 9, 2019, however, the petitioner, Omar Ayala, represented by appointed counsel, filed a motion for leave to file a third amended habeas petition (ECF No. 32). The briefing of that motion will proceed under LR 7-2(b), and the Court will suspend the Respondents' answer until after the motion for leave to amend is resolved.

**IT IS THEREFORE ORDERED** that the deadline for Respondents to file their answer is vacated, and will be reset, if and when appropriate, after the motion for leave to file a third amended habeas petition (ECF No. 32) is resolved.

DATED this 10th day of May, 2019.

                                                                   RICHARD F. BOULWARE, II,
                                                                   UNITED STATES DISTRICT JUDGE