# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| OMAR AYALA,<br><br>    Petitioner,<br><br>    v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No. 2:17-cv-02093-RFB-VCF<br><br>**ORDER** |

In this habeas corpus action, Petitioner Omar Ayala, represented by appointed counsel, filed a fourth amended habeas petition on May 13, 2021 (ECF No. 46). After a 30-day extension of time, the respondents were due on September 10, 2021, to respond to Ayala's fourth amended petition. See Order entered April 13, 2021 (ECF No. 45) (90 days for response); Order entered August 6, 2021 (30-day extension).

On September 2, 2021, Respondents filed a motion for extension of time (ECF No. 51), requesting a 32-day extension, to October 12, 2021, to respond to Ayala's fourth amended petition (October 11 is a holiday). Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. Petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 51) is **GRANTED**. Respondents will have until and including October 12, 2021, to respond to the fourth amended petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered April 13, 2021 (ECF No. 45) will remain in effect.

DATED THIS 3rd day of September, 2021.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE