1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

OMAR AYALA,

    Petitioner,

    v.

CALVIN JOHNSON, *et al.*,

    Respondents.

Case No. 2:17-cv-02093-RFB-VCF

**ORDER**

In this habeas corpus action, Respondents filed an answer on January 6, 2023 (ECF No. 65). Petitioner Omar Ayala, represented by appointed counsel, was then due to file a reply by March 7, 2023. See Order entered April 13, 2021 (ECF No. 45) (60 days for reply).

On March 3, 2023, Ayala filed a motion for extension of time (ECF No. 66), requesting a 59-day extension, to May 5, 2023, to file his reply. Ayala's counsel states that the extension of time is necessary because she is relatively new to the case (notice of appearance September 14, 2022 (ECF No. 62)), and because of the relative complexity of the case. Ayala's counsel represents that Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

1     **IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF

2 No. 66) is **GRANTED**. Petitioner will have until and including May 5, 2023, to file a reply

3 to Respondents' answer.

4     **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further

5 proceedings set forth in the order entered April 13, 2021 (ECF No. 45) will remain in effect.

6     DATED THIS 6th day of March, 2023.

7

8 _____

    RICHARD F. BOULWARE, II

9     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28